DLM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN J. BLACK (a.k.a. "Jeff Black"), and JANICE F.H. BLACK, *Plaintiffs,* | |
| vs. | C.A. No. |
| REBECCA J. LEFEBVRE, Tax Assessor for the Town of Barrington, Rhode Island, officially and personally, and the TOWN OF BARRINGTON, RHODE ISLAND Through its Treasurer, Dean M. Huff, Jr., *Defendants.* | [redacted] 05 449ML<br>*(R.I. Superior Court C.A. No. PC04-4457)* |

## PETITION FOR REMOVAL

**TO: United States District Court for the District of Rhode Island**

1. Defendants, Rebecca J. Lefebvre, Tax Assessor for the Town of Barrington, Rhode Island, officially and personally, and the Town of Barrington, Rhode Island, through its Treasurer, Dean M. Huff, Jr., are defendants in a civil action filed in the Providence County Superior Court entitled, *John J. Black (a.k.a. "Jeff Black") v. Rebecca J. Lefebvre, et al., C.A. No. PC04-4457.* Attached to this petition is a complete and certified copy of the record from the Providence County Superior Court. [1]

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, this complaint was served on or about August 16, 2004. Plaintiffs filed a Motion to Amend Complaint on September 2, 2005, for which an Order

---

[1] Although the court record enclosed herein comprises the complete court file in the order as maintained in the file, there were many documents in the court file that did not appear to align with docket listings. Consequently, please see attached "working copy" of the docket for a numbered index of documents corresponding with the numbered tabs that mark this Court's original certified copy attached hereto.

granting same, by Rule of Court, was filed on October 13, 2005.[2]

3. The above described action, as stated in Plaintiffs' Amended Complaint, is one of which this Court has original jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by the Defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

Defendants,
By their attorneys,

Marc DeSisto, Esq. (#2757)
Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Petition for Removal was mailed, postage prepaid, on this 25th day of October 2005, to:

David C. Clarke, Esq.
BLAIS CUNNINGHAM & CROWE CHESTER
150 Main Street
P.O. Box 1325
Pawtucket, RI 02862

Michael A. Ursillo, Esq.
URSILLO, TEITZ & RITCH, LTD.
2 Williams Street
Providence, RI 02903

[2] Please note that while this Petition includes a court-certified copy of said Order, the Order not be entered by the Clerk's office as of October 24, 2005, and thus is not entered on the docket contained within.