UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN J. BLACK (a.k.a. "Jeff Black"), and JANICE F.H. BLACK, *Plaintiffs,* | |
| vs. | C.A. No. |
| REBECCA J. LEFEBVRE, Tax Assessor for the Town of Barrington, Rhode Island, officially and personally, and the TOWN OF BARRINGTON, RHODE ISLAND Through its Treasurer, Dean M. Huff, Jr., | CA 05 449ML |
| *Defendants.* | *(R.I. Superior Court C.A. No. PC04-4457)* |

**NOTICE OF FILING PETITION FOR REMOVAL**

TO: David C. Clarke, Esq.
BLAIS CUNNINGHAM & CROWE CHESTER
150 Main Street
P.O. Box 1325
Pawtucket, RI 02862

Michael A. Ursillo, Esq.
URSILLO, TEITZ & RITCH, LTD.
2 Williams Street
Providence, Rhode Island 02903

Clerk's Office
Providence County Superior Court
250 Benefit Street
Providence, RI 02903

Please take notice that Defendants, Rebecca J. Lefebvre, Tax Assessor for the Town of Barrington, Rhode Island, officially and personally, and the Town of Barrington, Rhode Island, through its Treasurer, Dean M. Huff, Jr., have this day filed in the United States District Court for the District of Rhode Island a Petition for Removal of the above-entitled action from the

*{Original C.A. No.: PC04-4457}*

Providence County Superior Court for the State of Rhode Island to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. §§ 1441 and 1446.

Dated this 25th day of October, 2005.

Defendants,
By their attorneys,

Marc DeSisto, Esq. (#2757)
Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com
Email: michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Notice of Petition for Removal was mailed, postage prepaid, on this 25th day of October, 2005, to:

David C. Clarke, Esq.
BLAIS CUNNINGHAM & CROWE CHESTER
150 Main Street
P.O. Box 1325
Pawtucket, RI 02862

Michael A. Ursillo, Esq.
URSILLO, TEITZ & RITCH, LTD.
2 Williams Street
Providence, RI 02903