UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN J. BLACK (a.k.a. "Jeff Black"),
and JANICE F.H. BLACK,
*Plaintiffs,*

vs. C.A. No. 05-449ML

REBECCA J. LEFEBVRE, Tax Assessor
for the Town of Barrington, Rhode Island,
officially and personally, and the
TOWN OF BARRINGTON, RHODE
ISLAND Through its Treasurer,
Dean M. Huff, Jr.,
*Defendants.*

**ANSWER**

Now come the Town of Barrington, Rhode Island, through its Treasurer, Dean M. Huff, Jr. and Rebecca J. Lefebvre, personally and in her official capacity as Tax Assessor for the Town of Barrington, Rhode Island and answer Plaintiffs' Petition and Complaint (Amended) ("Complaint") as follows:

As to the Introductory Paragraph:

Defendants deny the allegations contained in this paragraph.

As to "The Parties":

Defendants admit that Plaintiffs own real estate located at 3 Colley Court, Barrington, Rhode Island and leave Plaintiffs to their proof of the remaining allegations contained in paragraph 1 of their Complaint.

Defendants admit the allegations contained in paragraph 2 of Plaintiffs' Complaint.

As to "Jurisdiction and Venue":

Defendants make no response to the allegations contained in paragraphs 3 and 4 of Plaintiffs' Complaint to the extent that said paragraphs identify Plaintiffs' claimed jurisdictional basis and, thus, no response is required.

As to the "Facts and Averments":

Defendants admit the allegations contained in paragraphs 5, 6B, 8A, 9D, 74, 76, 93, and 94 of Plaintiffs' Complaint.

Defendants deny the allegations contained in paragraphs 6A, 8B, 8C, 8D, 8E, 9A, 9B, 12, 14, 14C, 15A, 15C, 15D, 16D, 17A, 18A, 18B, 21A, 21B, 26B, 28, 29, 30B, 30D, 30E, 31A, 31B, 32, 33B, 34B, 34C, 39A, 39B, 39C, 40A, 40B, 41, 42, 44, 46, 47, 48A, 48B, 48C, 49A, 49B, 52, 53, 54, 55, 56, 58, 59, 60A, 60B, 61A, 61B, 62, 65, 67, 68, 69, 70A, 70B, 70C, 71, 72, 73, 75, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89A, 89B, 90, 91, 92, 100, 101, 102, 106, 108, 109, 116, 117, 119, 121, 122, 123, 124, 125, 126, 129, 130A, 130B, 131, 134, 135A, 135B, 136, 140, 141, 142, 143, 144, 145, 146, 147A, 147B, 147C, 147D, 148, 149A, 149B, 149C, 149D, 149E, 149F, 149G, 149H, 149I, 149K, 149M, 149N, 149O, 149P, 150, 152, 153, 154, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168 and 169 of Plaintiffs' Complaint and each and every allegation contained in the Complaint not herein specifically admitted.

Defendants neither admit nor deny the allegations contained in paragraphs 7, 9C, 10, 11, 13, 14A, 14B, 14D, 16A, 16B, 16C, 16E, 19A, 19B, 20A, 20B, 22A, 22B, 23A, 23B, 23C, 24, 25A, 25B, 25C, 25D, 26A, 26C, 26D, 26E, 30A, 30C, 31C, 31D, 33A, 34A, 35A, 35B, 36B, 37A, 37B, 37C, 37D, 37E, 38A, 38B, 38C, 38D, 39D, 40, 43, 45, 50A, 50B, 51, 57, 64, 66, 77, 95, 96, 97, 98, 99, 103, 104, 105, 107, 110, 111, 112,

113, 114, 115, 118, 120, 127, 128, 132, 133, 137, 138, 139, 147E, 149J, 149L, 151, 155 and 156 of Plaintiffs' Complaint and leave Plaintiffs to their proof thereof.

Defendants make no response to paragraphs 15B, 27, 36A and 63, in that said paragraphs attempt to paraphrase or quote from either Public Law, the Rhode Island Constitution, or contracts the content of which speaks for itself.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendants affirmatively plead absolute and qualified immunity to the within Complaint.

### SECOND AFFIRMATIVE DEFENSE

Defendants affirmatively plead the public duty doctrine as a bar to the within Complaint.

### THIRD AFFIRMATIVE DEFENSE

Defendants affirmatively plead all other statutory and common law immunity to the within Complaint.

### FOURTH AFFIRMATIVE DEFENSE

To the extent that Defendants are not otherwise immune from liability, which is expressly denied, the monetary limitations on damages set forth in RIGL § 9-31-1 et seq. applies to this action.

### FIFTH AFFIRMATIVE DEFENSE

Defendants assert all applicable defenses relating to the statute of limitations, laches, failure to exhaust administrative remedies and ripeness.

Defendants request a trial by jury.

Defendants,
By their Attorneys

Marc DeSisto #2757
Michael A. DeSisto #2444
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906
(401) 272-4442
(401) 272-9937 fax

Michael A. Ursillo #2676
URSILLO, TEITZ & RITCH, LTD.
2 Williams Street
Providence, RI 02903
(401) 331-2222
(401) 751-5257 fax

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this 4th day of November 2005, to:

David C. Clarke, Esq.
BLAIS CUNNINGHAM & CROWE CHESTER
150 Main Street
P.O. Box 1325
Pawtucket, RI 02862