**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **JOHN J. BLACK (a.k.a. "JEFF BLACK"), and JANICE F. H. BLACK**<br>**Plaintiffs**<br>**v.**<br>**REBECCA J. LEFEBVRE, TAX ASSESSOR FOR THE TOWN of BARRINGTON, RHODE ISLAND, OFFICIALLY and PERSONALLY, and THE TOWN OF BARRINGTON, RHODE ISLAND THROUGH ITS TREASURER DEAN M. HUFF, JR.**<br>**Defendants** | **C.A. No. 05-449ML**<br><br>**(R.I. Superior Court C.A. No. PC 04-4457)** |

**MOTION TO REMAND**

1. On August 16, 2004, Plaintiffs properly filed, in the Rhode Island Superior Court at Providence County, a properly joined "Petition and Complaint", as Amended through operation of Rhode Island Superior Court Rules of Civil Procedure Rule 7(b)(3)(v)on October 13, 2005 ("AMENDED PETITION AND COMPLAINT"), AND

2. The Rhode Island Superior Court jurisdiction being as mandated by Rhode Island General Law section 44-5-26, and the joinder is as provided for by the Rhode Island Superior Court Rules of Civil Procedure Rules of joinder, AND

3. On or about October 25, 2005 and October 26, 2005, Defendants filed with this Honorable Court, a "PETITION FOR REMOVAL", "NOTICE OF FILING PETITION FOR REMOVAL", and "AMENDED NOTICE OF FILING PETITION FOR REMOVAL", (collectively hereinafter referred to as, "NOTICE AND PETITION"), AND