cc: U.S. DISTRICT CT. ✓

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

JOHN J. BLACK (a.k.a. "JEFF BLACK"),
and JANICE F. H. BLACK
(Petitioners and Plaintiffs)
v.
REBECCA J. LEFEBVRE ,
TAX ASSESSOR FOR THE TOWN
of BARRINGTON, RHODE ISLAND,
OFFICIALLY and PERSONALLY
and THE TOWN OF BARRINGTON,
RHODE ISLAND THROUGH ITS
TREASURER DEAN M. HUFF, JR.
(Respondents and Defendants)

C.A. No. PC 04-4457

(C.A. No. 05-449ML
U.S. District Court)

## PLAINTIFFS' RESPONSE TO MOTION TO WITHDRAW

1.) On November 4, 2005, the undersigned requested that David C. Clarke, Esq. shall withdraw as representative for the undersigned in this and all matters.

2.) The undersigned agree to this withdrawal.

3.) Let it be known that the withdrawal of representation is as to the entire matter, as captioned above, and not just as to the portion of the matter indicated in the caption of Attorney Clarke's Motion heading (please see attached).

4.) The undersigned shall continue pro se.

BY: 11/5/05 Plaintiffs:

Janice F. H. Black

John J. Black
3 Colley Court
Barrington, Rhode Island 02806
Telephone: (401) 245 - 2356

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

| | | |
|---|---|---|
| JOHN J. BLACK (a.k.a. "JEFF BLACK"), and JANICE F. H. BLACK, Plaintiffs, | : | |
| v. | : | C.A. No.: 04-4457 |
| REBECCA J. LEFEBVRE, TAX ASSESSOR FOR THE TOWN of BARRINGTON, RHODE ISLAND, OFFICIALLY and PERSONALLY, Defendants, | : | |

## MOTION TO WITHDRAW

David C. Clarke, Attorney for Plaintiffs, hereby moves that he be permitted to withdraw from the above captioned matter.

Respectfully Submitted,

David C. Clarke, Esq. (#6376)
BLAIS CUNNINGHAM & CROWE CHESTER
150 Main Street, P.O. Box 1325
Pawtucket, Rhode Island 02862
(401) 723-1122 (tel)
(401) 726-6140 (fax)

## NOTICE OF HEARING

This matter shall be called for hearing on Wednesday, November 16, 2005 at 9:30 a.m.

FILED
... CLERK
2005 NOV -4 P 1:30



Rec'd USPS 11/5/05

**CERTIFICATION:**

I certify that I have caused to be mailed (U.S.P.S., postage prepaid, return address indicated) on this 5TH day of November, 2005 a copy of the within to:

1) Solicitor Mr. Michael Ursillo and
Ursillo, Teitz and Ritch, Ltd.
2 Williams Street,
Providence, Rhode Island 02903-2918

2) Marc DeSisto, Esquire
DeSisto Law
211 Angell Street
Providence, Rhode Island 02906

3) David Clarke, Esq.
Blais Cunningham & Crowe Chester
P.O. Box 1325
Pawtucket, RI 02862

BY: 11/5/05 Plaintiff:

Janice F. H. Black
5 Colley Court
Barrington, Rhode Island 02806
Telephone: (401) 245 - 2356