STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

JOHN J. BLACK (a.k.a. "JEFF BLACK"), :
and JANICE F. H. BLACK, :
Plaintiffs, :
:
v. : C.A. No.: 04-4457
:
REBECCA J. LEFEBVRE, TAX :
ASSESSOR FOR THE TOWN of :
BARRINGTON, RHODE ISLAND, :
OFFICIALLY and PERSONALLY, :
Defendants, :

**ORDER**

The Plaintiffs, having moved this Honorable Court to amend the Complaint under Rule 15 of the Rhode Island Superior Court Rules of Civil Procedure, and there being no objection thereto by the parties, it is hereby

ORDERED AND ADJUDGED

that the Plaintiffs Motion to Amend the Complaint is hereby granted and Plaintiffs may amend the Complaint in the form attached to their Motion to Amend.

Entered:

______________________
Date:

By Order:

J. A. B[signature]
______________________
Date: 10-13-05

Presented by:
David C. Clarke, Esq. (Attorney for Plaintiffs)
BLAIS CUNNINGHAM & CROWE CHESTER
150 Main Street, P.O. Box 1325
Pawtucket, Rhode Island 02862
(401) 723-1122 (tel)
(401) 726-6140 (fax)

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

04-00402_110433.WPD