STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

JOHN J. BLACK (a.k.a. "JEFF BLACK")
and JANICE F.H. BLACK
*Plaintiffs,*

vs.

C.A. No. PC04-4457

REBECCA J. LEFEBVRE, TAX ASSESSOR FOR THE TOWN OF BARRINGTON, RHODE ISLAND, OFFICIALLY and PERSONALLY, and THE TOWN OF BARRINGTON, RHODE ISLAND THROUGH ITS TREASURER DEAN M. HUFF, JR.
*Defendants*

## STIPULATION ACCEPTING SERVICE

The undersigned hereby accepts service of the Amended Complaint on behalf of the Town of Barrington, Rhode Island by and through its Treasurer Dean M. Huff, Jr.

Michael A. DeSisto #2444
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906
(401) 272-4442
(401) 272-9937 fax

Dated: October 17, 2005