STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

| | | |
|---|---|---|
| JOHN J. BLACK (a.k.a. "JEFF BLACK"), and JANICE F. H. BLACK, Plaintiffs, | : | |
| v. | : | C.A. No.: 04-4457 |
| REBECCA J. LEFEBVRE, TAX ASSESSOR FOR THE TOWN of BARRINGTON, RHODE ISLAND, OFFICIALLY and PERSONALLY, and THE TOWN OF BARRINGTON, RHODE ISLAND THROUGH ITS TREASURER DEAN M. HUFF, JR., Defendants, | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a true copy of the Petition and Amended Complaint by first class mail, postage pre-paid on this 17th day of October, 2005 to:

Michael Ursillo, Esq.
Ursillo, Teitz and Ritch, Ltd.
2 Williams Street, Providence, RI 02903

Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
Providence, RI 02906

David C. Clarke, Esq. (#6376)
BLAIS CUNNINGHAM & CROWE CHESTER
150 Main Street, P.O. Box 1325
Pawtucket, Rhode Island 02862
(401) 723-1122 (tel)
(401) 726-6140 (fax)

04-00402_112826.WPD