**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **JOHN J. BLACK (a.k.a. "JEFF BLACK"), and JANICE F. H. BLACK** **Plaintiffs** **v.** **REBECCA J. LEFEBVRE , TAX ASSESSOR FOR THE TOWN of BARRINGTON, RHODE ISLAND, OFFICIALLY and PERSONALLY, and THE TOWN OF BARRINGTON, RHODE ISLAND THROUGH ITS TREASURER DEAN M. HUFF, JR.** **Defendants** | **C.A. No. 05-449ML** **(R.I. Superior Court C.A. No. PC 04-4457)** |

**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

1.) Under Rule 31(b) of the "Local Rules of the United States District Court for the District of Rhode Island, as Amended through August 31, 2003" entitled "Continuing Obligation", Plaintiffs do now bring to the attention of the court and opposing counsel the pendency before another court of actions or proceedings involving happenings which comprise material parts of the subject matter of the proceeding pending in this court:

2.) Black et al v. Rebecca Lefebvre et als (R.I. Superior Court C.A. No. PC 04-4457) - Defendants have removed to this court only the small slice of Plaintiffs' Amended Petition and Complaint that involves the claims of federal first amendment violations by Defendant Lefebvre that are contained in Plaintiffs' Amendment, the balance of the Amended Petition and Complaint remains in state court.

3.) Patrick C. Lynch v. Town of Barrington et al (R.I. Superior Court C.A. No. PC 05-1569) - Plaintiffs', as Movants, filed Motion to Compel Execution of Consent Judgment that is scheduled for hearing before Judge McGuirl on December 1, 2005. This proceeding provides evidence in support of certain of Plaintiffs' averments in this court.

BY: 11/14/05 Plaintiff:

Janice F. H. Black, pro se

John J. Black, pro se
3 Colley Court
Barrington, Rhode Island 02806
Telephone: (401) 245 - 2356

**CERTIFICATION:**

I certify that I have caused to be mailed (U.S.P.S., postage prepaid, return address indicated) on this 14TH day of November, 2005 a true copy of the within to:

1) Solicitor Mr. Michael A. Ursillo
Ursillo, Teitz and Ritch, Ltd.
2 Williams Street
Providence, RI 02903-2918

2) Marc DeSisto, Esquire
Michael A. DeSisto, Esquire
DeSisto Law
211 Angell Street
Providence, RI 02906

BY: 11/14/05 Plaintiff:

Janice F. H. Black, pro se
3 Colley Court
Barrington, Rhode Island 02806
Telephone: (401) 245 - 2356