UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN J. BLACK (a.k.a. "JEFF BLACK"), and JANICE F. H. BLACK<br>Plaintiffs<br>v.<br>REBECCA J. LEFEBVRE, TAX ASSESSOR FOR THE TOWN of BARRINGTON, RHODE ISLAND, OFFICIALLY and PERSONALLY, and THE TOWN OF BARRINGTON, RHODE ISLAND THROUGH ITS TREASURER DEAN M. HUFF, JR.<br>Defendants | C.A. No. 05-449ML<br><br>(R.I. Superior Court C.A. No. PC 04-4457) |

**PLAINTIFFS' REQUEST for STIPULATION for DEPOSITION upon ORAL EXAMINATION of DEFENDANT REBECCA J. LEFEBVRE**

Under Rule 29 of the Court Rules of Civil Procedure ("Rule"), Plaintiffs are hereby requesting of Defendants that Defendants stipulate to Deposition upon Oral examination of the Defendant Barrington Tax Assessor Rebecca J. Lefebvre. At Plaintiffs' expense, a court reporter shall be present and shall make a transcript for Plaintiffs and a copy for Defendants. The deposition shall be taken in person upon the named Defendant by the undersigned, at the Barrington Town Hall so that public records may be accessed, as necessary during the deposition.

Plaintiffs request that Defendant's attorney shall administer the oath to Defendant.

Black et al v. Lefebvre et als

**The deposition shall be taken on the following dates and times:**

12/14/05 and 12/20/05 at 9:30 a.m.,

**with additional dates and times to be scheduled as necessary.**

11/14/05

BY: Plaintiffs

Janice F. H. Black, pro se

John J. Black, pro se
3 Colley Court
Barrington, Rhode Island 02806
Telephone: (401) 245 - 2356

**Defendants hereby stipulate to the within request. By their attorneys:**

________________________, ________
**Marc DeSisto, Esq. date**

________________________, ________
**Michael A. Ursillo, Esq. date**

________________________, ________
**Michael A. DeSisto date**

Mr. Michael A. Ursillo, #2676
Ursillo, Teitz and Ritch, Ltd.
2 Williams Street
Providence, RI 02903-2918
(401) 331-2222
(401) 751-5257 fax

Marc DeSisto, #2757
Michael A. DeSisto, #2444
DeSisto Law
211 Angell Street
Providence, RI 02906
(401) 272-4442
(401) 272-9937 fax

**CERTIFICATION:**

I certify that I have caused to be mailed (U.S.P.S., postage prepaid, return address indicated) on this 14th day of November, 2005 a true copy of the within to:

1) Solicitor Mr. Michael A. Ursillo
Ursillo, Teitz and Ritch, Ltd.
2 Williams Street
Providence, RI 02903-2918

2) Marc DeSisto, Esquire
Michael A. DeSisto, Esquire
DeSisto Law
211 Angell Street
Providence, RI 02906

BY: 11/14/05 Plaintiff:

Janice F. H. Black, pro se
3 Colley Court
Barrington, Rhode Island 02806
Telephone: (401) 245 - 2356