UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
NOV 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN J. BLACK (a.k.a. "Jeff Black"),
and JANICE F.H. BLACK,
*Plaintiffs,*

vs.

REBECCA J. LEFEBVRE, Tax Assessor for the Town of Barrington, Rhode Island, officially and personally, and the TOWN OF BARRINGTON, RHODE ISLAND Through its Treasurer, Dean M. Huff, Jr.,
*Defendants.*

No. 05-449ML

RECEIVED
NOV 14 2005
Property of U.S. District Court
District of Rhode Island

**STIPULATION**

Now comes the defendant REBECCA J. LEFEBVRE and hereby agrees to the Removal of above named case from the Providence County Superior Court to the United States District Court for the District of Rhode Island in accordance with 28 U.S.C. §1441 and 28 U.S.C. §1446.

Defendant,
REBECCA J. LEFEBVRE
By her attorney,

Michael A. Ursillo (1sAD)

Michael A. Ursillo #2676
URSILLO, TEITZ & RITCH, LTD.
2 Williams Street
Providence, RI 02903
(401) 331-2222

Enter:
Mary M. Lisi
USDJ 11/21/05

C.A. No. 04-093 S

## CERTIFICATION OF SERVICE

I hereby certify that a true and accurate copy of the within *Stipulation* was mailed postage prepaid on this 14th day of November, 2005 to:

David C. Clarke, Esq.
BLAIS CUNNINGHAM & CROWE CHESTER
150 Main Street
P.O. Box 1325
Pawtucket, RI 02862