UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN J. BLACK (a.k.a. "Jeff Black"), et al,
*Plaintiffs,*

vs. No. 05-449ML

REBECCA J. LEFEBVRE, et al.,
*Defendants.*

**DEFENDANTS' OBJECTION TO THE PLAINTIFFS' DEMAND THAT DEFENDANTS SHALL MAKE REQUIRED RULE 26(a)(1) DISCLOSURES TO PLAINTIFFS**

Now come the defendants and object to the plaintiffs' demand that defendants shall make required Rule 26(a)(1) disclosures to plaintiffs. Defendants rely on their memorandum of law attached and incorporated herein.

Defendants,
By their attorneys,

Marc DeSisto, Esq. # 2757
Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906
(401) 272-4442
(401) 272-9937 fax

C.A. No. 05-449ML

**CERTIFICATION OF SERVICE**

I hereby certify that a true and accurate copy of the within was mailed on this 17th day of January, 2006 to:

John J. and Janice F.H. Black
3 Colley Court
Barrington, RI 02806

Michael A. Ursillo #2676
URSILLO, TEITZ & RITCH, LTD.
2 Williams Street
Providence, RI 02903
(401) 331-2222

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN J. BLACK (a.k.a. "Jeff Black"), et al,
*Plaintiffs,*

vs. No. 05-449ML

REBECCA J. LEFEBVRE, et al.,
*Defendants.*

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR OBJECTION TO THE PLAINTIFFS' DEMAND FOR RULE 26(a)(1) DISCLOSURES**

Plaintiffs have filed a "demand" that defendants shall make disclosures pursuant to Rule 26(a)(1). Plaintiffs have not filed a memorandum with this "demand". Plaintiffs have not otherwise stated the basis for the "demand".

On December 12, 2006, this Court held a pretrial conference. As a result of that conference a pretrial order was entered on that same date setting forth the manner and time requirements for discovery. Defendants are complying with the pretrial order. In addition, defendants have provided the plaintiffs with responses to their first discovery request entitled "plaintiff first request for production of documents upon defendant" which contains both requests for production and interrogatories.1 Defendants have also complied with plaintiffs' second request for production of documents. In addition, the plaintiffs have received voluminous documents from the Town through public access requests and through a suit filed by the Attorney General which resulted in additional documents being delivered to the plaintiffs.

It should also be noted that the plaintiffs engaged in a hearing with the Board of Review in the Town of Barrington over four separate days which forms some of the basis for their claims.

1 This request was filed when the case was pending in the Providence County Superior Court. Nevertheless, defendants have responded to it in an effort to conclude discovery as soon as possible.

C.A. No. 05-449ML

Consequently, the plaintiffs are well aware of the information set forth in the initial disclosure sections of Rule 26(a)(1). Defendants, therefore, respectfully object to the plaintiffs' "demand".

Defendants,
By their attorneys,

Marc DeSisto

Marc DeSisto, Esq. # 2757
Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906
(401) 272-4442
(401) 272-9937 fax

**CERTIFICATION OF SERVICE**

I hereby certify that a true and accurate copy of the within was mailed on this 17th day of January, 2006 to:

John J. and Janice F.H. Black
3 Colley Court
Barrington, RI 02806

Michael A. Ursillo #2676
URSILLO, TEITZ & RITCH, LTD.
2 Williams Street
Providence, RI 02903
(401) 331-2222

Laura Souza