SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN J. BLACK (a.k.a. "Jeff Black"), et al,
*Plaintiffs,*

vs. No. 05-449ML

REBECCA J. LEFEBVRE, et al.,
*Defendants.*

**DEFENDANTS' OBJECTION TO THE PLAINTIFFS DEMAND THAT DEFENDANTS SHALL COMPLY WITH LOCAL RULE CV 34 IN ANSWERING PLAINTIFFS' REQUEST FOR PRODUCTION**

Now come the defendants and object to the plaintiffs' demand that defendants comply with Local Rule Cv 34 in answering plaintiffs' request for production. Defendants rely on their memorandum of law attached and incorporated herein.

Defendants,
By their attorneys,

Marc DeSisto, Esq. # 2757
Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906
(401) 272-4442
(401) 272-9937 fax

C.A. No. 05-449ML

**CERTIFICATION OF SERVICE**

I hereby certify that a true and accurate copy of the within was mailed on this 14th day of January, 2006 to:

John J. and Janice F.H. Black
3 Colley Court
Barrington, RI 02806

Michael A. Ursillo #2676
URSILLO, TEITZ & RITCH, LTD.
2 Williams Street
Providence, RI 02903
(401) 331-2222

Laura Sayer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN J. BLACK (a.k.a. "Jeff Black"), et al,
*Plaintiffs,*

vs. No. 05-449ML

REBECCA J. LEFEBVRE, et al.,
*Defendants.*

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR OBJECTION TO THE PLAINTIFFS' DEMAND THAT DEFENDANTS SHALL COMPLY WITH LOCAL RULE CV 34 IN ANSWERING PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS**

Plaintiffs have filed a "demand" that defendants shall comply with Local Rule Cv 34 in answering plaintiffs' request for production.1

Defendants have responded to the plaintiffs' first and second request for production of documents. Those requests were filed in the Superior Court. Defendants attach the requests and their response (without including the documents) for this Court's review. (Exhibits 1 and 2, respectively)

On December 13, 2005, the plaintiffs filed a document in this Court entitled "plaintiffs' third request for production of documents upon defendants". In order to timely preserve their objections the defendants responded on December 22, 2005. (plaintiffs' request and defendants' response is attached hereto as Exhibit 3)

---

1 Local Rule of Civil Procedure 34 entitled "request for production" reads as follows (a) Filing. Except in connection with motions to compel production, neither requests for production nor responses or objections thereto shall be filed with the Court. (b) Form of Response. (1) A response or objection to a request for production shall recite the request and describe what was produced in response and/or the ground(s) for objecting. (2) When documents produced in response to a request for production exceed fifty (50) pages, counsel for the party producing the documents shall affix Bates-stamped numbers to each page so that documents produced can be readily identified and located. (c) Objections. Each objection and the grounds therefore shall be stated separately. When an objection is made to any request, or sub-part thereof, it shall state with specificity all grounds upon which the objecting party relies. Any grounds not stated in an objection shall be deemed waived.

C.A. No. 05-449ML

Defendants' initial response to the plaintiffs' third request for production of documents complies with Local Rule 34 because it sets forth the ground for each objection. In addition, pursuant to R.C.P. 34, defendants have 30 days after the receipt of the request to respond. Plaintiffs filed their "demand" in advance of the 30 days.

Consequently, defendants respectfully request that the plaintiffs' "demand" for compliance with Local Rule Cv 34 be denied.

Defendants,
By their attorneys,

Marc DeSisto, Esq. # 2757
Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906
(401) 272-4442
(401) 272-9937 fax

**CERTIFICATION OF SERVICE**

I hereby certify that a true and accurate copy of the within was mailed on this 17th day of January, 2006 to:

John J. and Janice F.H. Black
3 Colley Court
Barrington, RI 02806

Michael A. Ursillo #2676
URSILLO, TEITZ & RITCH, LTD.
2 Williams Street
Providence, RI 02903
(401) 331-2222