STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

JOHN J. BLACK (a.k.a. "JEFF BLACK"), and JANICE F. H. BLACK
*Plaintiffs,*

vs.

C.A. No. 04-4457

REBECCA J. LEFEBVRE, TAX ASSESSOR FOR THE TOWN of BARRINGTON, RHODE ISLAND, OFFICIALLY and PERSONALLY
*Defendants.*

**DEFENDANT, REBECCA J. LEFEBVRE'S RESPONSE TO THE PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

1.) Defendants' job descriptions covering the period 1/1/02 through 8/16/04.

**Response:** Please see attached excerpt from the Barrington Town Charter.

2.) Defendants' performance evaluations covering the period 1/1/02 through 8/16/04.

**Response:** None

Defendant,
By her Attorney,

Michael A. DeSisto No. 2444
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442
(401) 272-9937 facsimile
michael@desistolaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a true and accurate copy of the within was mailed, postage prepaid on this 8th day of June, 2005 to:

David C. Clarke, Esq. #6376
BLAIS CUNNINGHAM & CROWE CHESTER
150 Main Street, P.O. Box 1325
Pawtucket, RI 02862

Michael A. Ursillo, Esquire
URSILLO, TEITZ & RITCH, LTD.
2 Williams Street
Providence, Rhode Island 02903

[signature]

# Title 13 — ASSESSMENT OF TAXES

## Chapter 1
## ASSESSOR

**13-1-1 TAX ASSESSOR.** There shall be a single Tax Assessor who shall be appointed by the Town Manager, and shall serve at the pleasure of the Town Manager. The Tax Assessor shall have and exercise all the powers and perform all the duties which are now or may hereafter be provided by law for the Assessors of Taxes (or such like officers as may be provided for in the future to perform such similar tax assessment duties) in towns of the State of Rhode Island.

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC**

**SUPERIOR COURT**

**JOHN J. BLACK (a.k.a. "JEFF BLACK"),**
**and JANICE F. H. BLACK**
**("Petitioners" and "Plaintiffs")**
**v.**
**REBECCA J. LEFEBVRE,**
**TAX ASSESSOR FOR THE TOWN**
**of BARRINGTON, RHODE ISLAND,**
**OFFICIALLY and PERSONALLY**
**("Respondent" and "Defendant")**

**C.A. No. PC 04-4457**

**PLAINTIFFS' SECOND REQUEST for PRODUCTION of DOCUMENTS UPON DEFENDANT**

**("Plaintiffs' Discovery 3 (doc.2)")**

Plaintiffs do now submit to Defendant in accordance with Rhode Island Superior Court Rules of Civil Procedure ("Rule") Rule 26 and Rule 34, the following request for documents:

1) Defendants' job descriptions covering the period 1/1/02 through 8/16/04.

2) Defendants' performance evaluations covering the period 1/1/02 through 8/16/04.

Filed: May 5, 2005

BY: Plaintiff: ______________________
Janice F. H. Black
3 Colley Court
Barrington, Rhode Island 02806
Telephone: (401) 245 - 2356

Plaintiff: ______________________
John J. Black
3 Colley Court
Barrington, Rhode Island 02806
Telephone: (401) 245 - 2356

**STATE OF RHODE ISLAND** **SUPERIOR COURT**
**PROVIDENCE, SC**

**JOHN J. BLACK (a.k.a. "JEFF BLACK"),**
**and JANICE F. H. BLACK**
**("Petitioners" and "Plaintiffs")** | **C.A. No. PC 04-4457**
**v.** |
**REBECCA J. LEFEBVRE ,** |
**TAX ASSESSOR FOR THE TOWN** |
**of BARRINGTON, RHODE ISLAND,**
**OFFICIALLY and PERSONALLY**
**("Respondent" and "Defendant")**

**CERTIFICATION:**

Plaintiffs certify that they have caused to be mailed (U.S.P.S., postage prepaid, return address indicated) on this 4th day of May, 2005 a copy of the above-referred-to **PLAINTIFFS' SECOND REQUEST for PRODUCTION of DOUCUMENTS UPON DEFENDANT ("Plaintiffs' Discovery 3 (Doc2.)")** to Defendants' Legal Counsel:

1) Solicitor Mr. Michael Ursillo
Ursillo, Teitz and Ritch, Ltd.
2 Williams Street
Providence, RI 02903-2918

2) Marc DeSisto, Esquire
"DeSisto Law"
211 Angell Street
Providence, RI 02906

3) Michael A. DeSisto, Esquire
"DeSisito Law"
211 Angell Street
Providence, RI 02906

4) Reserved

BY: Plaintiff:

Janice F. H. Black
3 Colley Court
Barrington, Rhode Island 02806
Telephone: (401) 245 - 2356

Plaintiff:

John J. Black
3 Colley Court
Barrington, Rhode Island 02806
Telephone: (401) 245 - 2356