**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JOHN J. BLACK (a.k.a. "JEFF BLACK"), and JANICE F. H. BLACK**
**Petitioners / Plaintiffs**
**v.**
**REBECCA J. LEFEBVRE, TAX ASSESSOR FOR THE TOWN of BARRINGTON, RHODE ISLAND, OFFICIALLY and PERSONALLY, and THE TOWN OF BARRINGTON, RHODE ISLAND THROUGH ITS TREASURER DEAN M. HUFF, JR.**
**Respondents / Defendants**

**C.A. No. 05-449ML**

**PLAINTIFFS' REPLYTO DEFENDANTS' OBJECTION TO PLAINTIFFS' DEMAND THAT DEFENDANTS SHALL COMPLY WITH LOCAL RULE Cv34**

Plaintiffs do now demand that Defendants shall comply with Local Rule Cv34, AND as per Plaintiffs' Memorandum of Law and Exhibit, attached.

BY: Plaintiffs 1/20/06

Janice F. H. Black, pro se

John J. Black, pro se
3 Colley Court
Barrington, Rhode Island 02806
Telephone: (401) 245 - 2356

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **JOHN J. BLACK (a.k.a. "JEFF BLACK"), and JANICE F. H. BLACK**<br>**Petitioners / Plaintiffs**<br>**v.**<br>**REBECCA J. LEFEBVRE, TAX ASSESSOR FOR THE TOWN of BARRINGTON, RHODE ISLAND, OFFICIALLY and PERSONALLY, and THE TOWN OF BARRINGTON, RHODE ISLAND THROUGH ITS TREASURER DEAN M. HUFF, JR.**<br>**Respondents / Defendants** | **C.A. No. 05-449ML** |

**PLAINTIFFS' MEMORANDUM OF LAW IN REPLY TO DEFENDANTS' OBJECTION TO PLAINTIFFS' DEMAND THAT DEFENDANTS SHALL COMPLY WITH LOCAL RULE Cv34**

Defendants have not complied with Local Rule Cv34 (copy attached) because:

1. Defendants' response to Plaintiffs' second request for documents (certified to Defendants on May 5, 2005) was certified to Plaintiffs on January 10, 2006. Defendants response was received by Plaintiffs on January 11, 2006. Defendants' response does not comply with Local Rule Cv 34 because requested documents are not provided, and insufficient reason is given by defendants as to why the documents are not provided. Specifically, please see Exhibit 1, attached.

2. As to Defendants' response to Plaintiffs' first request for documents (certified to Defendants on May 1, 2005), requested documents are not provided, with insufficient

reason given is by defendants as to why the documents are not provided. Specifically, please see Exhibit 2, attached.

3. As to Defendants' response to Plaintiffs' third request for documents (second requests certified to Defendants on December 13, 2005), requested documents are not provided, with insufficient reason is given by defendants as to why the documents are not provided. Specifically, please see Exhibit 3, attached.

4. Defendants are not exempt from Local Rule Cv34. Plaintiffs do now demand that Defendants shall revise all responses to comply with Local Rule Cv34.

5. Defendants' non-compliance results in Plaintiffs being left to infer responses to items for which Defendants have not provided full and accurate responses as required. Plaintiffs do now require full and compliant answers directly from Defendants.

BY: Plaintiffs 1/20/06

Janice F. H. Black, pro se

John J. Black, pro se
3 Colley Court
Barrington, Rhode Island 02806
Telephone: (401) 245 - 2356

## LR Cv 34 REQUESTS FOR PRODUCTION

(a) **Filing.** Except in connection with motions to compel production, neither requests for production nor responses or objections thereto shall be filed with the Court.

(b) **Form of Response.**

→ (1) A response or objection to a request for production shall recite the request and describe what was produced in response and/or the ground(s) for objecting.

(2) When documents produced in response to a request for production exceed fifty (50) pages, counsel for the party producing the documents shall affix Bates-stamped numbers to each page so that the documents produced can be readily identified and located.

→ (c) **Objections.** Each objection and the grounds therefor shall be stated separately. When an objection is made to any request, or sub-part thereof, it shall state with specificity all grounds upon which the objecting party relies. Any ground not stated in an objection shall be deemed waived.

**CROSS-REFERENCES**

See LR Cv 26 (Discovery) and LR Cv 37 (Motions to Compel Discovery).



P. 3 of 3