# Exhibit 2

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

JOHN J. BLACK (a.k.a. "JEFF BLACK"),
and JANICE F. H. BLACK
*Plaintiffs,*

vs.

C.A. No. 04-4457

REBECCA J. LEFEBVRE, TAX
ASSESSOR FOR THE TOWN of
BARRINGTON, RHODE ISLAND,
OFFICIALLY and PERSONALLY
*Defendants.*

**DEFENDANT, REBECCA J. LEFEBVRE'S RESPONSE TO THE PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

1.) Defendants' job descriptions covering the period 1/1/02 through 8/16/04.

**Response:** Please see attached excerpt from the Barrington Town Charter.

2.) Defendants' performance evaluations covering the period 1/1/02 through 8/16/04.

**Response:** None

Defendant,
By her Attorney,

Michael A. DeSisto No. 2444
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442
(401) 272-9937 facsimile
michael@desistolaw.com