**CERTIFICATION:**

I certify that I have caused to be mailed (U.S.P.S., postage prepaid, return address indicated) on this 6TH day of February, 2006 a true copy of the within to:

1) Solicitor Mr. Michael Ursillo
Ursillo, Teitz and Ritch, Ltd.
2 Williams Street,
Providence, RI 02903-2918

and

2) Marc DeSisto, Esquire
DeSisto Law
211 Angell Street, P.O. Box 2563
Providence, RI 02906

3) Michael A. DeSisto, Esquire
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906

BY: Plaintiff:

Janice F. H. Black pro se
3 Colley Court
Barrington, Rhode Island 02806
Telephone: (401) 245 - 2356