# Exhibit 3: CHART: Visual Depiction of Legal Relationship: Petition & Complaints:

**PROPERLY JOINED**

**PETITION to APPEAL BOARD of ASSESSMENT REVIEW DECISION** & **COMPLAINTS for REDRESS of OTHER HARM CAUSED BY DEFENDANTS**

**Supporting Legal Authorities& Concepts:**

: RIGL s. 44-5-26 & TIA
Not mutually exclusive with
Plaintiffs' Complaints.

: Justice Savage in *Black et al v. Lefebvre et al*
(State of RI Superior Court, C.A. No. 04-4457,
Decided January 11, 2005.) ←→

: Defenses' Memorandum of Law, page 1,
effectively stipulates agreement that Plaintiffs'
Petition should not be dismissed. ←→

: Defense does not get
a second bite of "12(b)(6)
apple" by adding law firms.
If this is allowed, Defenses
would keep adding firms &
resubmitting 12(b)(6)'s, or
remove and do so.

: Justice Savage's analysis
per transcript (Exhibit 2).
Complaints & Petition are
not mutually exclusive.

: Defense ignores decision by
by State Superior Court, that
Plaintiffs' Complaints are
properly pleaded & not to be
dismissed.

: Application of Justice Savage's
analysis to Fraud and 1st
Amendment claims argues against
dismissal of these, as well.

: Legal Theory: complaints outside
the appeal Petition show up on this
side of the analysis, as they are not
contemplated by the remedies under
the scope of the Petition.

: Clear on the face of the Complaint,
the PRIV = **2nd**, punitive increase.