| Excerpted Pleadings: # Selected by Defense | Item Selected by Defense | Items Not Selected by Defense | # of Items Not Selected by Defense |
|---|---|---|---|
| 3 | 8 B,C,D | 1 - 8 A,E | 12 |
| 1 | 21 A | 9A-D-20A,B | 28 |
| 3 | 28,29, 30 A | 22 - 27 | 6 |
| 1 | 31 B | 30 | 1 |
| 1 | 34 | 31 A,C,D | 3 |
| 1 | 37 A | 32-33A,B | 3 |
| 2 | 39 A,B | 35-36A,B | 3 |
| 2 | 40, 40 B | 37 B-D | 3 |
| 2 | 41 - 42 | 38 A-D | 4 |
| 3 | 46 - 48 | 39 C,D | 2 |
| 1 | 55 | 40 A | 1 |
| 1 | 59 | 43 - 45 | 3 |
| 1 | 62 | 49A,B - 54 | 8 |
| 3 | 66 - 68 | 56 - 58 | 3 |
| 1 | 70 | 60A,B | 2 |
| 1 | 73 | 61A,B | 2 |
| 1 | 83 | 63 - 65 | 3 |
| | 86 - 87 | 69 | 1 |
| 1 | 89 | 71 - 72 | 2 |
| 1 | 91 | 74 - 82 | 9 |
| | 95 - 96 | 84 - 86 | 3 |
| 1 | 102 | 88 | 1 |
| 1 | 103 B | 90 | 1 |
| 2 | 107 - 108 | 92 - 94 | 4 |
| 5 | 116 - 120 | 97 - 101 | 5 |
| 1 | 123 | | |
| 1 | 126 | 104 - 106 | 3 |
| 1 | 129 | 109 - 115 | 7 |
| 1 | 130 B | 121 - 122 | 2 |
| 1 | 134 | 124 - 125 | 2 |
| 2 | 138 - 139 | 127 - 128 | 2 |
| 2 | 140 - 141 | 130 A | 1 |
| 2 | 143 - 144 | 131 - 133 | 3 |
| 4 | 146, & 147B,C,D | 135 - 137 | 3 |
| 2 | 149, 149P | 142 | 1 |
| 12 | 153 - 164 | 145 | 1 |
| | | 147 A & E | 2 |
| | | 148 | 1 |
| | | 149 A - O | 15 |
| | | 150 - 152 | 3 |
| | | 165* - 169 | 5 |
| 68 | | | 164 |
| ====== | *Introductory paragraph incorporated. | | ==== |