UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN J. BLACK (a.k.a. "JEFF BLACK"), and JANICE F. H. BLACK, Plaintiffs, | : | |
| v. | : | CA 05-449 ML |
| REBECCA J. LEFEBVRE, TAX ASSESSOR FOR THE TOWN OF BARRINGTON, RHODE ISLAND, OFFICIALLY AND PERSONALLY, Defendant | : | |

**ORDER RE**
**FOUR JANUARY 2006 FILINGS**

Before the court are four recent filings by the parties in this action:

1. Defendants' Objection to the Plaintiffs' Demand that Defendants Shall Make Required Rule 26(a)(1) Disclosures to Plaintiffs (Document ("Doc.") #15) (**"Defendants' Objection to Rule 26(a)(1) Disclosures"**);

2. Defendants' Objection to the Plaintiffs' Demand that Defendants Shall Comply with Local Rule Cv 34 in Answering Plaintiffs' Request for Production (Doc. #16) (**"Defendants' Objection to Compliance with Local Rule Cv 34"**);

3. Plaintiffs' Reply to Defendants' Objection Regarding Defendants' Rule 26(a)(1) Disclosures to Plaintiffs (Doc. #17) (**"Plaintiffs' Motion to Compel Rule 26(a)(1) Disclosures"**);

4. Plaintiffs' Reply to Defendants' Objection to Plaintiffs' Demand that Defendants Shall Comply with Local Rule Cv 34 (Doc. #18) (**"Plaintiffs' Motion to Compel Compliance with Requests for Production"**).

These filings present a classic "cart before the horse" situation. Defendants filed the above two objections on January 17, 2006. As of that date, Plaintiffs had not filed any motions seeking the relief to which Defendants in their objections expressed opposition. However, when Plaintiffs filed replies to the objections on January 23, 2006, Plaintiffs demanded the relief to which Defendants had objected in their January 17, 2006, filings. In an effort to reorder this irregular filing sequence, the court treats Plaintiffs' replies (Docs. #17 and #18) as motions seeking the relief demanded in each document and treats Defendants' objections (Docs. #15 and #16) as objections to the relief demanded in each document.

Having determined how the filings are to be treated, the court takes the following action regarding them. The court will conduct a hearing on **Plaintiffs' Motion to Compel Rule 26(a)(1) Disclosures (Doc. #17) on February 22, 2006, at 2:00 p.m.**

With regard to Plaintiffs' Motion to Compel Compliance with Requests for Production (Doc. #18), Plaintiffs appear to allege that Defendants have not provided documents in response to Plaintiffs' first, second, and third requests for production of documents. However, Plaintiffs in seeking to compel production of the documents sought have not complied with Local Rule Cv 37(a). They have not stated each request for production, what response, if any, Defendants have made to each request, and the reasons why Plaintiffs maintain that the response is inadequate. See DRI LR Cv 37(a).[1]

---

[1] For the benefit of Plaintiffs, below is an example of how a motion to compel further responses to Plaintiffs' Third Request for Production of Documents should be framed. The court uses request for production number 12 in this example:

> **Request 12.** All minutes of all Executive Sessions of the Town Council from 1/1/02 through the present.

Plaintiffs have attached as exhibits to Plaintiffs' Motion to Compel Compliance with Requests for Production (Doc. #18) multi-page documents, many of which are single-spaced and which appear to contain argument as to why Defendants' responses to particular requests for production in Plaintiffs' view are incomplete or inadequate. While the court will allow Plaintiffs to use single-spacing in stating their requests for production and Defendants' responses to those requests, Plaintiffs' statement of reasons why each response is inadequate must be double-spaced, see DRI LR Cv 7(d)(1), must appear immediately beneath Defendants' response as shown in footnote 1, and should be concisely expressed.

Accordingly, **Plaintiffs' Motion to Compel Compliance with Requests for Production (Doc. #18) is DENIED without prejudice.** Plaintiffs may refile their motion, but must comply with the provisions of the Local Rules. If Plaintiffs seek to compel further responses to their first, second, and third requests for production, Plaintiffs should file a separate motion to compel

---

**Defendants' Response to 12**: [State any response given by Defendants' to this request (e.g., "Objection. These documents are privileged. They are also not relevant to the claim or defense of any party and are not reasonably calculated to the discovery of admissible evidence.")].

**ARGUMENT:** The privileges Defendants assert do not apply to these public records. The documents are likely to result in the discovery of admissible evidence because ... [state reason].

for each of the three requests.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
February 13, 2006

BY ORDER:

Deputy Clerk