UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN J. BLACK (a.k.a. "JEFF BLACK"), and JANICE F. H. BLACK,
Plaintiffs,

v. CA 05-449 ML

REBECCA J. LEFEBVRE, TAX ASSESSOR FOR THE TOWN OF BARRINGTON, RHODE ISLAND, OFFICIALLY AND PERSONALLY, and the TOWN OF BARRINGTON, RHODE ISLAND, through its Treasurer, Dean M. Huff, Jr.,
Defendants.

**ORDER**
**GRANTING PLAINTIFFS' MOTION**
**TO COMPEL RULE 26(a)(1) DISCLOSURES**

On February 22, 2006, the court conducted a hearing on a filing by Plaintiffs which the court had determined should be treated as Plaintiffs' Motion to Compel Rule 26(a)(1) Disclosures ("Motion"). See Order Re Four January 2006 Filings (Document #21) at 1-2. After listening to argument thereon, the Motion is GRANTED. Defendants shall make the disclosures required by Fed. R. Civ. P. 26(a)(1) within twenty-one (21) days.

ENTER:

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
February 22, 2006

BY ORDER:

Martha Saucier
Deputy Clerk