AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

**FOR COURT USE ONLY**

**DUE DATE:**

*Please Read Instructions above*

# TRANSCRIPT ORDER

| | | | |
|---|---|---|---|
| 1. NAME<br>John Black | 2. PHONE NUMBER<br>245-2356 | 3. DATE<br>3/1/2006 | |
| 4. MAILING ADDRESS<br>3 Colley Court | 5. CITY<br>Barrington | 6. STATE<br>RI | 7. ZIP CODE<br>02806 |
| 8. CASE NUMBER<br>05-cv-00449-ML-DLM | 9. JUDGE<br>Judge Martin | DATES OF PROCEEDINGS<br>10. FROM 12/12/2006 | 11. 12/12/2006 |
| 12. CASE NAME<br>Black et al v. Lefebvre et al | | LOCATION OF PROCEEDINGS<br>13. Providence | 14. |

15. ORDER FOR

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [x] OTHER (Civil)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | 12/12/2006 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | Rule 16 conference | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

18. SIGNATURE John Black

PROCESSED BY

19. DATE 3/1/06

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY